**FILED**

FEB 2 5 2009

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | CIVIL ACTION NO. 1:09mc4 |
| | ) | |
| CARL J. SUNDSTROM, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER TO SHOW CAUSE

Upon Petition of the United States and the Declaration and Summons attached thereto, it is hereby

**ORDERED** that Respondent, Carl J. Sundstrom, appear before the District Court of the United States for the Northern District of West Virginia in that branch thereof presided over by the Honorable United States District Judge, the undersigned, in the United States Courthouse, Clarksburg, West Virginia, at 10:00 AM on the 6TH day of APRIL, 2009, to show cause why Respondent should not be compelled to comply with the Internal Revenue Service Summons served on Respondent on May 16, 2008. It is further

**ORDERED** that a copy of this Order, together with the Petition and Exhibits thereto, be personally served on Respondent Carl J. Sundstrom by an official of the Internal Revenue Service within thirty (30) days of the date of this Order. It is further

**ORDERED** within 5 days of service of copies of this Order, the Petition and Exhibits

1

thereto, Respondent shall file and serve a written response to the petition. If Respondent has any defenses to present or motions to make in opposition to the Petition, such defenses or motions, if any, shall be made in writing and filed with the Court and copies served on the United States Attorney at least five (5) business days prior to the date of the show cause hearing. Only those issues raised by motion or brought into controversy by the responsive pleading shall be considered by the Court and any uncontested allegation in the Petition shall be deemed admitted; and further

**ORDERED** that, if Respondent has no objection to compliance with the Summons, Respondent may, at least three (3) business days prior to the date of the show cause hearing, notify the Clerk of this Court, in writing, with copies to the United States Attorney, of the fact that no responses or appearance as ordered herein will be required.

DATE: *February 24, 2009*

_____
UNITED STATES DISTRICT JUDGE

2